No. 77. EL PUEBLO *v.* RAMOS. Apelación procedente de la Corte

de Distrito de Humacao. Moción para que se desestime la apelación. Resuelto en octubre 18, 1905. Sin lugar la moción. Abogado del promovente: *Sr. Rossy, Fiscal.*

No. 68. EL PUEBLO *v.* VALLECILLO. Apelación procedente de la Corte de Distrito de Humacao. Moción para que se desestime la apelación. Resuelto en octubre 18, 1905. Sin lugar la moción. Abogado del promovente: *Sr. Rossy, Fiscal.*

No. 64. EL PUEBLO *v.* RODRÍGUEZ. Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en octubre 19, 1905. Sin lugar la moción. Abogado del promovente: *Sr. Rossy, Fiscal.*